# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30468

JODY LYNN GARY,

Plaintiff - Appellant

v.

WOMEN & CHILDREN'S HOSPITAL OF DELAWARE L.L.C., also known as Lake Area Medical Center,

Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

December 13, 2018

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:16-CV-473

Before HIGGINBOTHAM, GRAVES, and WILLETT, Circuit Judges.

PER CURIAM:*

Jody Lynn Gary appeals the district court's denial of her motions to amend and to remand and its grant of summary judgment in favor of Women & Children's Hospital of Delaware L.L.C. in this diversity action for alleged damages resulting from a slip and fall. We have considered this appeal based on the briefs, the record, and the applicable law. Having done so, we conclude

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30468

that the matter should be affirmed, essentially for the reasons stated by the district court.  Because the district court did not abuse its discretion in denying the motions to amend and to remand and did not err in granting summary judgment, we **AFFIRM**.